KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
SAHAR NAYERI
Deputy Attorney General
State Bar No. 275246
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5337
  Fax:  (415) 703-1234
  E-mail:  Sahar.Nayeri@doj.ca.gov
*Attorneys for Defendants*
*D. Battles, E. Medina, B. Hedrick, and D. Asuncion*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JOHNNY LEE SLOAN, III,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF CORRECTIONS, et al.,**<br><br>Defendants. | C13-455 LHK (PR)<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION**<br><br>Judge:    The Honorable Lucy H. Koh<br>Action Filed:  January 25, 2013 |

    Defendants D. Battles, E. Medina, B. Hedrick, and D. Asuncion have requested a sixty-day extension of time, up to and including September 6, 2013, to file their dispositive motion. The Court has read and considered Defendants' request and good cause appearing,

///

///

///

1

1   IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and
2   including September 6, 2013, to file their dispositive motion, is GRANTED. Plaintiff's
3   opposition shall be filed and served no later than twenty eight days after the date Defendants'
4   motion is filed, on or before October 4, 2013. Defendants shall file a reply no later than fourteen
5   days after Plaintiff's opposition is filed, on or before October 18, 2013.

7   Dated: _____7/17/13_____

    _____
    The Honorable Lucy H. Koh

10  SF2013205733
    20704022.doc

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C13-455 LHK (PR))