1   KAMALA D. HARRIS
    Attorney General of California
2   DANIELLE F. O'BANNON
    Supervising Deputy Attorney General
3   SAHAR NAYERI
    Deputy Attorney General
4   State Bar No. 275246
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5337
6    Fax:  (415) 703-1234
     E-mail:  Sahar.Nayeri@doj.ca.gov
7   *Attorneys for Defendants*
    *D. Battles, E. Medina, B. Hedrick, and D. Asuncion*

8

9                  IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12

13   **JOHNNY LEE SLOAN, III,**                 C13-455 LHK (PR)

14                              Plaintiff,       **[PROPOSED] ORDER GRANTING
                                                 DEFENDANTS' MOTION TO CHANGE**
15            **v.**                             **TIME TO FILE DISPOSITIVE MOTION**

16                                               Judge:        The Honorable Lucy H. Koh
17   **DEPARTMENT OF CORRECTIONS, et**           Action Filed:  January 25, 2013
     **al.,**
18
                                Defendants.
19

20          Defendants D. Battles, E. Medina, B. Hedrick, and D. Asuncion have requested a sixty-day

21   extension of time, up to and including September 6, 2013, to file their dispositive motion.  The

22   Court has read and considered Defendants' request and good cause appearing,

23   ///

24   ///

25   ///

26

27

28

                                                1

1    IT IS HEREBY ORDERED that Defendants' request for an extension of time up to and

2 including September 6, 2013, to file their dispositive motion, is GRANTED.  Plaintiff's

3 opposition shall be filed and served no later than twenty eight days after the date Defendants'

4 motion is filed, on or before October 4, 2013.  Defendants shall file a reply no later than fourteen

5 days after Plaintiff's opposition is filed, on or before October 18, 2013.

6

7 Dated:    7/17/13

8                                                                The Honorable Lucy H. Koh

9

10 SF2013205733
   20704022.doc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defs.' Mot. Change Time File Dispositive Mot. (C13-455 LHK (PR))