IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY LEE SLOAN, | ) | No. C 13-0455 LHK (PR) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | (Docket No. 28.) |

Plaintiff Johnny Lee Sloan, a California state prisoner, and defendants D. Battles, J.D. Lozano, K. Allen, E. Medina, B. Hedrick, and D. Asuncion have stipulated to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties agreed to bear their own litigation costs and attorney's fees.

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the court shall close the file and terminate all pending motions.

IT IS SO ORDERED.

DATED: 9/10/13

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Sloan455dis-vol.wpd