IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY LEE SLOAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS, et al.,<br><br>　　　　Defendants. | No. C 13-0455 LHK (PR)<br><br>ORDER OF DISMISSAL<br><br><br><br><br><br>(Docket No. 28.) |

　　　　Plaintiff Johnny Lee Sloan, a California state prisoner, and defendants D. Battles, J.D. Lozano, K. Allen, E. Medina, B. Hedrick, and D. Asuncion have stipulated to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties agreed to bear their own litigation costs and attorney's fees.

　　　　In accordance with the parties' stipulation, this action is dismissed with prejudice.  The Clerk of the court shall close the file and terminate all pending motions.

　　　　IT IS SO ORDERED.

DATED:　9/10/13　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Sloan455dis-vol.wpd