IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHNNY LEE SLOAN, | ) | No. C 13-0455 LHK (PR) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

The court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/10/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\LHK\CR.13\Sloan455judm.wpd